USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/2024

**Federal Defenders OF NEW YORK, INC.**

Tamara Giwa
*Executive Director*

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Jennifer L. Brown
*Attorney-in-Charge*

July 2, 2024

**VIA ECF**
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Noel Ortiz**
    **24 Cr. 193 (MKV)**

Dear Judge Vyskocil:

I write on behalf of both parties to request a 60-day adjournment of the status conference in this case, currently scheduled for next Wednesday, July 10, 2024. The parties have conferred regarding a possible pretrial resolution, and the defense is in the process of preparing a mitigation submission. As that submission entails an evaluation of Mr. Ortiz, who is detained at the Metropolitan Detention Center, the parties request a 60-day adjournment to continue preparation of the submission and any resulting negotiations. The government requests, and the defense consents to, an exclusion of time under the Speedy Trial Act until the next court date.

Respectfully,

*/s/ Hannah McCrea*
Hannah McCrea
Assistant Federal Defender
(646) 574-0351

---

**The status conference scheduled for July 10, 2024 is hereby adjourned to September 4, 2024 at 11:00 AM. On the joint application of both parties, it is HEREBY ORDERED that, in the interest of justice, all time from July 10, 2024 to September 4, 2024 is excluded under the Speedy Trial Act. SO ORDERED.**

Date: 7/8/2024
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge