USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/19/2024

**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 16, 2024

**VIA ECF**
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Noel Ortiz**
      **24 Cr. 193 (MKV)**

Dear Judge Vyskocil:

    I write to request a 30-day adjournment of the status conference in this case, currently scheduled for September 4, 2024. The government consents to this request.

    The parties are currently in discussions regarding a pretrial disposition in this matter and require additional time to finalize those discussions. In addition, I have a conflict on September 4, 2024 that requires me to seek an adjournment. I therefore request a 30-day adjournment of the conference, with the understanding that the parties can inform the Court at an earlier date if we have reached a disposition. This is the second request for an adjournment since I have become defense counsel in this case. The previous request was sought and granted because the defense was in the process of preparing a mitigation submission.

    As noted above, the government consents to this request. In addition, the government requests, and the defense consents to, an exclusion of time under the Speedy Trial Act until the next court date.

Respectfully,

*/s/ Hannah McCrea*
Hannah McCrea
Assistant Federal Defender
(646) 574-0351

**GRANTED. Upon Defendant's request, the status conference scheduled for September 4, 2024 is hereby ADJOURNED to October 9, 2024 at 2:00 PM. No later than one week before the conference, the parties shall submit a joint status letter. Under the Speedy Trial Act, all time is excluded until October 9, 2024 on consent by Defendant. SO ORDERED.**

Date: 8/19/2024
New York, New York

*[signature: Mary Kay Vyskocil]*
Mary Kay Vyskocil
United States District Judge