USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

NOEL ORTIZ,

Defendant.

24-cr-193 (MKV)

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter from the Government filed on October 8, 2024. [ECF No. 20]. IT IS HEREBY ORDERED that the status conference scheduled for October 9, 2024 at 2:00 PM is ADJOURNED *sine die*. A change-of-plea hearing is scheduled for October 21, 2024 at 2:00 PM.

On the application of both parties, it is FURTHER ORDERED that, in the interest of justice, all time from today to October 21, 2024 is excluded under the Speedy Trial Act. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial in that it will allow time for the parties to finalize the details of a pretrial resolution of this matter. The Defendant consents to the exclusion of time. [ECF No. 20].

**SO ORDERED.**

**Date: October 8, 2024**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**