# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/12/2025

February 12, 2025

**BY ECF**
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Noel Ortiz**
      **24 Cr. 193 (MKV)**

Dear Judge Vyskocil:

   I write to respectfully request a 2-day extension of the deadline for the defense's sentencing submission in this matter, due today February 12, 2025. The government yesterday disclosed information to the defense that bears on sentencing, and that I would like to discuss with Mr. Ortiz. Accordingly, I request a 2-day extension of today's deadline, to February 14, 2025. The government does not object to this request.

Respectfully submitted,

/s/
Hannah McCrea
Assistant Federal Defender
Hannah_McCrea@fd.org

CC:   AUSA Getzel Berger

Granted. SO ORDERED.

Date: 2/12/2025
New York, New York

Mary Kay Vyskocil
United States District Judge